UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEANDRE WILLIAMS,

      Plaintiff,

  -against-            9:11-CV-0601 (LEK/TWD)

N. SMITH, *et al.*,

      Defendants.

## ORDER

  This matter comes before the Court following a Report-Recommendation filed on January 26, 2015, by the Honorable Thérèse Wiley Dancks, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 114 ("Report-Recommendation"). Plaintiff Deandre Williams ("Plaintiff") timely filed Objections.[1] Dkt. No. 118 ("Objections"). Additionally before the Court is Plaintiff's Motion for a preliminary injunction. Dkt. No. 113 ("Motion").

  Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Chylinski v. Bank of Am., N.A., 434 F. App'x 47, 48 (2d Cir. 2011); Barnes v. Prack, No. 11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d

---

[1] Although Plaintiff's Objections were not received until March 6, 2015, they are dated February 18, 2015. See Objs. Under the prison mailbox rule, the Court considers Plaintiff's Objections timely filed. See Tracy v. Freshwater, No. 01-CV-0500, 2008 WL 850594, at *1 (N.D.N.Y. Mar. 28, 2008).

301, 306-07 & n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No. 06 Civ. 13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument.").

In his Objections, Plaintiff generally asserts that this action is not frivolous and that he suffers from a number of medical issues. See generally Objs. Because Plaintiff's Objections consist of general or irrelevant statements, the Court reviews the Report-Recommendation for clear error and finds none. Furthermore, because the Court grants Defendants summary judgment on all remaining claims against them, Plaintiff's Motion for a preliminary injunction is therefore moot.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 114) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 107) for summary judgment is **GRANTED**; and it is further;

**ORDERED**, that Plaintiff's Motion (Dkt. No. 113) for a preliminary injunction is **DENIED as moot**; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED: March 13, 2015
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge